# Notice Recipients

District/Off: 1126−2          User: admin          Date Created: 5/17/2023
Case: 23−01301−DSC13          Form ID: pdf008          Total: 19

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Michael D. Brock | bankruptcy@brockandstoutlaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Demetrius LaTonya Brown | 2308 Summerchase Drive     Birmingham, AL 35244 |
| 11109910 | AT&T Services, Inc. | Attn: Karen A. Cavagnaro     One AT&T Way, Room 3A104     Bedminster, NJ 07921−2694 |
| 11109908 | Alabama Power Company | c/o Teresa Black, Registered Agent     600 Norther 18th Street     Birmingham, AL 35203 |
| 11109909 | American Financial | 6400 Winchester Rd     Memphis, TN 38115 |
| 11109911 | Guardian Credit Union | 1028 Lagoon Business Loop     Montgomery, AL 36117 |
| 11109912 | Hubbard Properties | 2275 Greensprings Hwy     Birmingham, AL 35205 |
| 11109906 | Internal Revenue Service | PO Box 7346     Philadelphia, PA 19101−7346 |
| 11109913 | Jefferson Capital Systems | PO Box 7999     Saint Cloud, MN 56302 |
| 11109914 | Jefferson Capital Systems LLC | PO Box 7999     Saint Cloud, MN 56302−9617 |
| 11109915 | Navy Federal Credit Union | PO Box 3000     Merrifield, VA 22119−3000 |
| 11109916 | Navy Federal Credit Union | PO Box 3000     Merrifield, VA 22119−3000 |
| 11109918 | Premier Bank Card | 6011 S Minnesota Ave     Sioux Falls, SD 57104 |
| 11109919 | Roy M. West Esq. | 205 20th St N Ste 723     Birmingham, AL 35203−4701 |
| 11109907 | State of Alabama Dept of Revenue | Legal Division     PO Box 320001     Montgomery, AL 36132−0001 |
| 11109920 | US Attorney | 1801 4th Ave N     Birmingham, AL 35203 |
| 11109921 | Verizon Wireless | ATTN: Bankruptcy Department     500 Technology Drive, Suite 550     Weldon Spring, MO 63304 |
| 11109917 | Waypoint Montgomery Owner, LLC | c/o Darby Law Firm, LLC     P.O. Box 3905     Montgomery, AL 36109 |

TOTAL: 17